**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| BARBARA WILBON, | ) | |
| | ) | Case No. 1:25-cv-00098-WLS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUNBELT MODULAR, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT LITTLEJOHN & CO., LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties in this action hereby stipulate to the dismissal of all claims in this action against Defendant Littlejohn & Co., LLC with prejudice. This stipulation of dismissal shall have no effect on Plaintiff's claims against any defendant in this action except Defendant Littlejohn & Co., LLC.

This 23rd day of October, 2025.

STIPULATED BY:

LAW OFFICE OF JOHN P. BATSON

/s/ John P. Batson
John P. Batson
Georgia Bar No. 042150
1104 Milledge Road
Augusta, Georgia 303904

*Counsel for Plaintiff Barbara Wilbon*

BERMAN FINK VAN HORN P.C.

*/s/ Benjamin I. Fink*
Benjamin I. Fink
Georgia Bar No. 261090
Kenneth N. Winkler
Georgia Bar No. 770749
3475 Piedmont Road, N.E., Suite 1640
Atlanta, Georgia 30305

*Counsel for Defendant Littlejohn & Co., LLC*

FISHER & PHILLIPS LLP

*/s/ Matthew R. Simpson*
Matthew R Simpson
Georgia Bar No. 540260
Nicole Burton Holtzapple
Georgia Bar No. 940598
1230 Peachtree St Ne Ste 3300
Atlanta, Ga 30309

*Counsel for Defendants Sunbelt Modular, Inc., Southeast Mfg., Ellaville d/b/a ProMod Manufacturing, and MSouth Equity Partners*

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing with the Clerk of Court using the NextGen CM/ECF system which will serve counsel of record by electronic means, and email was sent separately to Joseph T. Kelleher, Counsel for Littlejohn.

This 23rd day of October 2025.

/s/ John P. Batson
John P. Batson
Georgia Bar No. 042150
1104 Milledge Road
Augusta, Georgia 303904
jpbatson@aol.com
(706) 737-4040

*Counsel for Plaintiff Barbara Wilbon*