**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

BARBARA WILBON,

Plaintiff,

v.

SUNBELT MODULAR, INC. *et al.*,

Defendants.

CASE NO.: 1:25-CV-00098 (WLS)

**ORDER**

Before the Court is a Stipulation of Dismissal (Doc. 18), filed by the Parties on October 23, 2025. Therein, the Parties stipulate to the dismissal of the above-captioned case as to Defendant Littlejohn & Co., LLC with prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Parties' Stipulation (Doc. 55). Therefore, the above-captioned action is **DISMISSED, WITH PREJUDICE** as to Defendant Littlejohn & Co., LLC. Defendant Littlejohn & Co., LLC's Motion to Dismiss (Doc. 16) is **DENIED AS MOOT**.

**SO ORDERED**, this 27th day of October 2025.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**