**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| BARBARA WILBON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CV-00098 (WLS) |
| | : | |
| SUNBELT MODULAR, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **ORDER**

Before the Court is Parties' Joint Motion for Status Conference and to Extend Discovery. (Doc. 34) ("the Motion'). The Parties agree on the need for a status conference but disagree on what type of discovery extension is necessary. The Court has determined that a status conference is appropriate. Accordingly, the Joint Motion for Status Conference (Doc. 34) is **GRANTED**. A hearing will be set by separate notice or Order. At the hearing, the Court will hear arguments related to the grounds asserted and relief requested in the Motion.

**SO ORDERED**, this 23rd day of July 2026.

/s/ **W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**