**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| BARBARA WILBON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CV-00098 (WLS) |
| | : | |
| SUNBELT MODULAR, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

Before the Court is Parties' Joint Motion for Leave to Remotely Attend the August 20, 2026, Status Conference ("the Motion") (Doc. 36). Parties seek leave for lead counsel to appear remotely at the pretrial conference because of the length of travel. (*Id.*)

It has long been the Court's practice to require in-person attendance at hearings. Although accommodations were necessary during the COVID-19 pandemic, the Court has returned to its longstanding practice of requiring in-person attendance absent a showing of extraordinary circumstances. The Court finds Counsel's proffered reasons insufficient to show such extraordinary circumstances. Travel related to litigation is typical and not extraordinary. Counsel who practice in Atlanta and Augusta who choose to practice in this Court routinely travel to Albany to attend hearings in person, and the Court sees no reason to treat Counsel in this case differently. Accordingly, the Motion (Doc. 36) is **DENIED**.

However, the Court is willing to change the time and/or date of the conference to accommodate Counsel, if they timely make a written request. If Parties would like to brief the Court on their Joint Motion for Extension of Time to Complete Discovery (Doc. 32), in lieu of attending a status conference, they may do so.

The Court is particularly interested in any limitations or prohibitions resulting from the referenced pending bankruptcy proceeding. The previously ordered hearing is **SUSPENDED** pending the Parties' responses.

**SO ORDERED**, this 18th day of August 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**